# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## COMPLAINT FORM

PRADEEP B GUPTE

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

V.

Regional School District 16

Case No. 3:21cv920AWT
(To be supplied by the Court)

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Pradeep Gupte is a citizen of Connecticut who
(Plaintiff)                          (State)
presently resides at 163 Mark Ln #17, Waterbury, CT 06704
(mailing address)

2. Defendant Regional District 16 is a citizen of United states
(name of first defendant)                (State)
whose address is 30 Coer Rd, Prospect, CT. 06712

3. Defendant _____ is a citizen of _____
                  (name of second defendant)                                  (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's identity and complete address.)

**B. JURISDICTION**

The jurisdiction of this court is invoked pursuant to: (list statute(s))

Title VII of civil Rights Act

**C. NATURE OF THE CASE**

BRIEFLY state the background of your case. This is a prima-facie Case. My applicatin was received before the deadline for the job. All other candidates applied for the job (or interviewed) were female. I was the only "male" candidate. The interviewer was a female (sex is an issue). Please look at the defendant's document. I filed the case in CHRO/EEOC and then in Waterbury court. Because of the pandemic, everything was delayed. All their statements in CHRO response are contradictory to each other. All this combined leads to discrimination.

2

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: Please look at all the CHRO documents.
I was discriminated because of my sex, national origin, color, race, religion, age and etc.

Supporting Facts:  (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)
The defendant (Dileone) lied in Waterbury court that I threatened someone in that school. I didnot threaten anyone. I talked with one person in that school & he told me that there were multiple job openings. (copy attached).

Claim II: _____

_____

_____

Supporting Facts:

3

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

My job should be in that school (or the school should hire me). Back pay, punitive damages, mental & emotional suffering, defamation of character. If they don't want to hire me, then frontpay.

## F. JURY DEMAND

Do you wish to have a jury trial? Yes ✓        No

N/A (pro se)
_____
Original signature of attorney (if any)

_____
Printed Name

(   )
Attorney's full address and telephone

Email address if available

**Plaintiff's Original Signature**

Printed Name PRADEEP B GUPTE

163 Mark Ln #17
Waterbury, CT 06704

(   )
Plaintiff's full address and telephone
(203) 571-7583

Email address if available
philipgupte21@gmail.com

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Waterbury, CT on July 1, 2021
               (location)         (date)

_____
**Plaintiff's Original Signature**

(Rev.3/29/16)

5

CLERK, SUPERIOR COURT
JUDICIAL DISTRICT OF WATERBURY
300 GRAND STREET
WATERBURY, CT 06702

PRADEEP GUPTE
163 MARK LANE # 17
WATERBURY, CT 06704

DOCKET NUMBER ASSIGNMENT NOTICE

Docket Number: **UWY-CV-20-5026957-S**   Notice Issued: **10/01/2020**

Has been assigned to the case of **GUPTE,PRADEEP   v. REGIONEL SCHOOL DISTRICT 16** which is returnable to the JUDICIAL DISTRICT OF WATERBURY.

Please use **UWY-CV-20-5026957-S** on all future pleadings, motions, filings and any other items related to this file.



PLAINTIFF'S EXHIBIT
1
NO.

EXHIBIT AF

| | RACE | SEX | AGE | DISABILITY |
|---|---|---|---|---|
| BARRIOS, JANICE M | W | F | 62 | |
| EDMONDS, CATHERINE Z | W | F | 67 | |
| GERACI, ROSEANN L | H | F | 30 | |
| GORDON, SUZANNE | W | F | 62 | |
| LECLERC, MICHELLE | W | F | 56 | |
| MATOTT, CAROLE | W | F | 53 | |
| MICHIE, ANGELA | W | F | 55 | |
| TULLY, PAMELA | W | F | 57 | |

1) all women candidate "sex" discrimination

2) I was the only "male" candidate

3) I have a "prima-facie" case

4) The interviewer was a female

5) my application was sent within deadline limits (before the deadline)

6) There were many foodservice jobs Look at the Exhibit-AA





## Applicant Submission History

The following is a log of vacancy and position desired selections made by the applicants you selected.

| Applicant | Details | Date Submitted |
|---|---|---|
| Pradeep (Philip) Gupte | Vacancies \| Pools \| Documents \| Notifications<br><br>**Armed Security Guard**<br>• JobID: 774 – Armed Security Guard<br><br>**Food Services**<br>• JobID: 111 – Food Service General Worker Substitute<br>• JobID: 370 – Food Service General Worker Non-Union<br>• JobID: 905 – Union Food Service General Worker<br><br>**Substitute**<br>• JobID: 171 – Substitute Teacher | 1/24/2020 2:40:17 PM (Eastern Standard Time) |

→ my application was sent within the deadline limits.

PLAINTIFF'S
EXHIBIT

3

NO.

May 28, 2020

Attny Charles Krich
CHRO
450 Columbus Blvd
Hartford, CT 06106

Attny Charles Krich:

Case # 2030498, Rebuttal

1) Respondent has written that there were multiple job openings in their food service dept(Employment schedule  A, page 8,  JOB ID -111, JOB ID -370, JOB ID -905).  If there were multiple job openings; then why did they hire only one person. Please look at the letter sent to only one candidate (Page 12, Employment Schedule  in their response).

**RESPONDENT HAS TO ANSWER ALL QUESTIONS DILIGENTLY.  THEIR ANSWERS ARE INCOMPLETE AND DEFY  LOGIC.**

**2) 80% rule or 4/5th rule does apply to my case.  Please ask respondent to provide you the total number of people of my race, religion , color and etc to you and** compare that with total number of people working in that place.  **RACE IS AN  ISSUE AND TRUTH DOES MATTER.**
**3)Employment schedule A, page 7, #12D, Their statements are totally contradictory to each other. They have written that they received my application on 1/24/2020 and the interviews were arranged on 1/27/2020. This means they had enough time to review my application.  My application was filed on time.  THEIR STATEMENTS DEFY LOGIC.**
**4) Employment schedule #9,  Their statement is false  Please review my application on their website (Pages 27-34,  total 8 pages).  It  is most comprehensive, complete and detail-oriented compared to other candidates. Their statement is false and misleading.**
**5) Employment Schedule A, #11A,  I never received any letter or email regarding if position was filled.  They should be able to provide you some kind of documentation that  the letter or email was sent to me regarding their decision.  This means their statement is false.**
**6) #11B, same page,  They have written that 2 employees resigned and that is why they hired  one person. If two employees resigned, then why two candidates were not hired?  Their statement defies logic.**
**7)#11, F, same page,    If other candidates didnot commit any offense, then why only one person was offered the job when there were multiple job openings(please look at page 8).  Their statement defies logic.**
**8) Employment schedule,  12G and 12D :  Both statements are contradictory.  In 12D, they have written that the interviews took place on  1/27/2020 and in 12G,**

they have written that position was interviewed prior to 1/24/2020. Their statements defy logic.

9) Employment schedule A, page 7, 12H: please compare their statement with their response in 12D. THey have written that interviews took place on 1/27/2020. Both statements are contradictory to each other.

10) Respondent has **given you the "Age" of different candidates(Page 51), But they have not** mentioned about the **age** of candidate **selected for the job. AGE IS AN ISSUE AND TRUTH DOES MATTER. This** means respondent **tried to hide something which was detrimental to their credibility.** TRUTH DOES MATTER.

11) **This was almost a minimum wage Food Service Job.** I can perform all essential duties mentioned in their job-description. You don't need a rocket scientist to do this kind of job.

12) I talked with one person in that school and they told me that there were multiple job openings in different schools which is also written in their job-announcement (Page #8, Employment schedule A). That person also told me that I will hear from someone regarding the interviews.

13) This was almost a minimum wage job. Maybe the interviewer felt threatened by my knowledge, experience and etc. Sometime ago a similar thing happened to me in one grocery store. The interviewer said that I was "overqualified" for this kind of job (Grocery-clerk).

14) Harris v Mills, 2nd Circuit, A court must accept as true all the allegations contained in the complaint.

15)Littlejohn v City of New York, 2nd circuit. (1981 & 1983)

16)Ashcroft v Iqbal, 556 U.S. 662, To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to state a claim of relief that is plausible on its face.

17) McDonnell Douglas V Green, 411 U.S. 792(1973). Supreme Court holds that an employee can still prevail if he/she discredits employer's asserted reasons for not hiring him/her.

18) Please look at this document which involves minority employees(Pp 411 US 802-805) and 463F.2d337.

19) I am forwarding couple of documents sent to CHRO by the Respondent in my next emails to you.

I AM A PROSE LITIGANT.

I SAY EVERYTHING UNDER OATH.

Very Truly Yours,
Pradeep Gupte
Complainant

CC: Respondent (adileone@region16ct.org)

EMPLOYMENT SCHEDULE A

1. **State the legal name of the respondent.** Anthony DiLeone Jr.
2. **State the proper address of the respondent's facility where the complainant alleges that an act of acts of discrimination occured.** Regional School District # 16, 30 Coer Road, Prospect, CT 06712
3. **If the respondent is incorporated, indicate under what state's laws it is incorporated.** N/A
4. **If the respondent is incorporated, state the address of the respondent's corporate headquarters.** N/A
5. **State the name and address of the respondent's agent for service.** Anthony DiLeone Jr., 30 Coer Road, Prospect, CT 06712
6. **If the respondent is currently subject to bankruptcy proceedings, or has been the subject of bankruptcy proceedings during the past three years, provide demonstration of the current status of such proceedings.** N/A
7. **State the name, title, and address of the individual to be contacted for further information in this matter.** Anthony DiLeone, Director of Finance and Business Operations, Regional School District # 16, 30 Coer Road, Prospect, CT 06712
8. **Separately state the number of respondent's employees in Connecticut and at the facility where the complainant alleges that the discriminatory conduct occurred.** Regional School District #16 employs 449 people in the State of Connecticut and 21 employees at the facility (District Office) where the complainant alleges that the discriminatory conduct occurred.
9. **Submit a response, in the "admit" "deny" format, to each allegation of the complainant. For each allegation that is denied, submit a statement that sets forth the facts upon which you rely in your denial. Please submit any and all documents and written statements of witnesses or participants to support your position.** As the respondent, I deny on behalf of Regional School District #16 that the complainant was discriminated against in the selection process for a "Union Food Service General Worker" position with the district. The complainant was never selected for an interview with the district due to an incomplete application. Despite his claim to have participated in one, it is not common practice for Regional School District #16 to offer phone interviews, utilizing in-person interviews instead. While the complainant did call in to the District Office approximately one week prior to 1/24/2020 to inquire about the position, he was advised that he would need to complete his application prior to being considered for an interview. Within the timeframe of that phone call and his completion of the employment application on 1/24/2020 at 2:40 PM (illustrated by exhibit AA below), several other interviews had already been scheduled for the morning of 1/27/2020, and an applicant was offered the position in the afternoon of 1/27/2020.
10. **Submit copies of all written rules, policies, and procedures relating to the issue(s) raised in the complaint. If these are not in writing, explain the rules, policies, and procedures.** When an opening or openings exists in the district, the potential candidate must submit their completed employment application prior to either the closing date of the posting (if one exists) or, in the case of an immediate need, before the position in question is offered to and accepted by another potential candidate. Once the position has been accepted by another candidate, the opening no longer exists. Additionally, the district's policy on discriminatory practices has been provided below as exhibit AB.

11. **If the complainant was discharged, disciplined, or subject to any adverse employment decision, submit the following information.**
    A. **Date complainant was advised of the act complained of;** 01/27/2020
    B. **Explain in detail the reason(s) for the action taken;** The position was open and posted on the district's website beginning 1/6/2020 with a need to fill the position "ASAP," due to two other employees resigning over the winter vacation. The director of food services scheduled interviews with potential candidates on the morning of 1/24/2020, prior to the claimant completing his application, interviewed on the morning of 1/27/2020, and filled the position on the afternoon of 1/27/2020, following a reference check. The candidate who was selected demonstrated interest in the position, completed their application materials online in a timely fashion, held the skills necessary to perform the job's essential functions, and interviewed well with the food service director. As of the time of the complainant's call on 1/27/2020 to inquire about the position, it had been filled.
    C. **Identify the person(s) recommending the action(s) at issue, including name, position held, race, sex, age and disability (if any), as appropriate;** Patricia A. Iraci, Food Service Director, White, Female, Age 59, No known disability



I am a disabled person.

    D. **Identify the person(s) making the final decision, including name, position held, race, sex, age, and disability (if any), as appropriate;** Michael P. Yamin, Superintendent of School, White, Male, Age 51, No known disability.
    E. **Provide a copy of any evaluation(s) or investigative report(s), and all other relevant documents pertaining to the act.** The "employee action form" for the employee who interviewed and was hired, as well as their offer letter, is attached below as exhibit AC, who was verbally offered and accepted the position on 1/27/2020. The form was generated on the following business day, 1/28/2020.
    F. **Provide a list of all employees who committed the same or substantially similar offense(s) that the complainant committed, and the disciplinary action taken against each of them. Supply backup documentation for the listed employees. Identify each employee by name, position held, race, sex, age, and disbaility (if any), as appropriate;** N/A - No discipline took place
    G. **List all employees discharged or who received the same discipline as the complaint within the past two years. For each employee listed, include employee's name, position held, reason for and date of discipline, race, sex, age, and disability (if any) as appropriate. Provide a copy of the discipline or separation notice for each person.** N/A - No discipline took place
    H. **If complainant was discharged, please indicate whether s/he was replaced in his/her position. If complainant was replaced, please identify the replacement as appropriate.** N/A - Complainant was not discharged
12. **If the complainant was denied a promotion or not hired, provide the following information:** Not hired
    A. **Describe the selection process, and provide copies of documents describing the process, if available;** An open position is posted on the district's website, several websites, and in the local newspaper. After applications for the position have been completed by candidates within the district's applicant tracking system, the food service director and/or her designee review the applications and schedule interviews with

prospective candidates. If the applicant interviews well and is capable of performing the necessary tasks of the position, their references are checked. If the reference check is positive, the candidate is verbally offered the position. Shortly, afterwards, an offer letter is generated by the business office outlining the specifics of the position, including hours and rate of pay.

B. **Describe job at issue, indicating the qualifications sought. Provide a copy of the written job description, as well as a copy of any advertisements or internal postings for the position at issue;** The posted job description is provided below (Exhibit AD)

C. **Provide qualifications and resumes for all applicants for the position. Identify the successful candidate or candidates;** All applications for this position are attached below (Exhibit AE).

D. **Explain why complainant was not selected, and why the successful candidate(s) was selected;** The complainant did not submit a complete application until 1/24/2020 at 2:40 PM. By this time, other candidates had been offered interviews. Those interviews took place on the morning of 1/27/2020  and one candidate was verbally offered and accepted the position in the afternoon of 1/27/2020, following a reference check.

E. **Provide any other examples of promotions or hire for similar positions;** See process described above in Section 12A.

F. **Identify by race, sex, age, and disability (if any), as appropriate, all individiusals holding the same title as the position sought by the complaint;** A spreadsheet of all employees who share this title is provided below as exhibit AF.

G. **Identify the person(s) recommendaing the action(s) at issue, including name, position held, race, sex, age, and disability (if any) as appropriate;** No recommendation or action was taken against the complainant because the position was interviewed for prior to him submitted his completed application on 1/24/2020 at 2:40 pm, ultimately leading to the selection of another qualified candidate on the morning of 1/27/2020.

H. **Identify the person(s) making the final decision, including name, position held, race, sex, age, and disbaility (if any), as appropriate;** No final decision  or action was taken against the complainant because the position was interviewed for prior to him submitting his completed application on 1/24/2020 at 2:40 pm, ultimately leading to the selection of another qualified candidate on the morning of 1/27/2020.

13. **If this complainant alleges a failure to hire, failure to promote, domotion, or termination of employment, provide the rate(s) of pay for the position(s) at issue.** $12.89

14. **If this complainant involves a claim of physical disability, did you make any attempts to reasonably accommodate the disability at issue? If so, please detail them.** The district was not aware of any physical disability by the claimant at any time.

15. **Provide any other information any/or explanation you deem relevant to this complaint, and any other information which will assist the Commission in reaching a decision in this matter.** During the phone call that took place on 1/27/2020, following the notification that the position had been filled, the claimant became very angry and explained that he believed his race, which he stated could be assumed based on his name, was the reason that we did not hire him. However, the various other items that he alleges also played a part in the decision (single, gay, bipolar disorder, and Hindu) were not not disclosed to us by the claimant and we were unaware of these items until we received the complaint, despite his allegations that they were communicated to us during a phone interview.