UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| PRADEEP B. GUPTE,<br>　　　　Plaintiff,<br><br>　　v.<br><br>Regional School District 16,<br>　　　　Defendant. | :<br>:<br>:<br>: Civil No. 3:21-cv-920(AWT)<br>:<br>:<br>:<br>: |

**ORDER RE MOTION FOR LEAVE TO FILE**

　　The plaintiff's Motion for Leave to File (ECF No. 13) is hereby DENIED.

　　This case was dismissed on September 3, 2021, and judgment entered on September 22, 2021. The plaintiff filed the instant motion on September 27, 2021, and it is in substance a motion for reconsideration.

　　In determining if the case should be dismissed, the court accepted the recommended ruling that "the plaintiff's claims be dismissed without prejudice to the filing of an amended complaint." Ruling on Pl.'s Mot. for Leave to Proceed *In Forma Pauperis* and Ruling Recommending Dismissal, ECF No. 9, at 8. The plaintiff made an additional submission after which there was still nothing in the record that shows that the plaintiff timely commenced suit after obtaining the right to sue letter dated

1

July 16, 2020.

In the instant motion, the plaintiff states that "[t]his case was filed in Waterbury superior court about [one] year ago. . . . I filed this case in Waterbury Court within 60 days from release of Jurisdiction. Therefore, it was not time-barred." Mot. for Leave to File, ECF No. 13, at 1.

Included with the complaint was a document from Connecticut Superior Court, Judicial District of Waterbury making reference to a case filed by the plaintiff and assigned docket number UWY-CV-20-5026957-S. However, the docket for Connecticut Superior Court reflects that the case with that docket number is a small claims case, and judgment entered in favor of the defendants after a trial. Therefore, this case, where the plaintiff seeks to bring a Title VII job discrimination claim, is not a continuation of the case that was filed in Connecticut Superior Court in Waterbury and referenced in the complaint. Moreover, a review of the records of Connecticut Superior Court shows that the small claims case was the only case the plaintiff filed against this defendant in that judicial district.

Signed this 10th day of January 2022, at Hartford, Connecticut.

/s/ AWT
Alvin W. Thompson
United States District Judge